UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | : | CRIMINAL NO. |
| v. | : | MAGISTRATE NO. 05-0372M-01 (CR) |
| **RICARDO LAMONT SELDON,** | : | VIOLATIONS: 18 U.S.C. §922(q)(2)(A) |
| **Defendant.** | : | (Possession of a Firearm in a School Zone); |
| | : | 48 D.C.C. §904.01(a)(1) |
| | : | (Unlawful Possession With Intent to Distribute |
| | : | a Controlled Substance) |
| | : | 22 D.C.C. §4504(a) |
| | : | (Carrying a Pistol Without a License) |

# I N F O R M A T I O N

The United States Attorney charges that:

## COUNT ONE

On or about June 28, 2005, within the District of Columbia, **RICARDO LAMONT SELDON**, did unlawfully and knowingly possess a firearm that had moved in and that otherwise affected interstate and foreign commerce at a place which he knew and had reasonable cause to believe was a school zone, that is, Barnard Elementary School, a school in the District of Columbia.

(**Possession of a Firearm in a School Zone**, in violation of Title 18, United States Code, Section 922(q)(2)(A))

## COUNT TWO

On or about June 28, 2005, within the District of Columbia, **RICARDO LAMONT SELDON**, did unlawfully, knowingly and intentionally possess with intent to distribute a quantity of cocaine, a Schedule II controlled substance.

(**Unlawful Possession With Intent to Distribute a Controlled Substance**, in violation of Title 48, District of Columbia Code, Section 904.01(a)(1))

## COUNT THREE

On or about June 28, 2005, within the District of Columbia, **RICARDO LAMONT SELDON**, did carry, openly and concealed on or about his person, in a place other than his dwelling place, place of business or on other land possessed by him, a pistol, without a license(s) pursuant to law.

(**Carrying a Pistol Without a License**, in violation of Title 22, District of Columbia Code, Section 4504(a))

        KENNETH L. WAINSTEIN
        Attorney of the United States in
        and for the District of Columbia
        Bar No. 451-058

BY: _____
        BARRY WIEGAND
        Assistant United States Attorney
        Bar No. 424-288
        Organized Crime and Narcotics Trafficking Section
        555 4th Street, N.W., Room 4211
        Washington, D.C. 20530
        (202) 514-7315