AO 455 (Rev. 5/85) Waiver of Indictment

# UNITED STATES DISTRICT COURT

DISTRICT OF **Columbia**

UNITED STATES OF AMERICA

V.

**Ricardo Lamont Seldon**

**WAIVER OF INDICTMENT**

CASE NUMBER: **05-260**

**FILED**
JUL 27 2005
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

I, **Ricardo Lamont Seldon**, the above named defendant, who is accused of

**Possession of a Firearm in a school zone; unlawful possession with intent to distribute a controlled substance; Carrying a pistol without a license**

being advised of the nature of the charge(s), the proposed information, and of my rights, hereby waive in open court on **July 27, 2005** prosecution by indictment and consent that the proceeding may be by information rather than by indictment.

*Date*

**Ricardo Seldon**
Defendant

**[signature]**
Counsel for Defendant

Before **Rosemary M. Colly**
Judicial Officer

27 July 2005