UNITED STATES DISTRICT COURT FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA : | |
| : | Case No.: 05-CR-260(RMC) |
| v.  : | Sentencing: November 4, 2005 |
| : | Judge Collyer |
| RICARDO SELDON, : | |
| : | |
| Defendant. : | |

## PRAECIPE

TO THE CLERK OF THE AFORESAID COURT:

Kindly enter the appearance of the below-signed attorney as retained counsel of record for the defendant in this case.

> Ricardo Seldon
> By Counsel
>
> Respectfully submitted,
>
> *Billy L. Ponds /MA*
> Billy L. Ponds
> The Ponds Law Firm
> Bar No.: 379883
> 3218 O Street, NW
> Suite Two
> Washington, D.C. 20007
> (202) 333-2922

## CERTIFICATE OF SERVICE

I hereby certify that a true copy of this Praecipe was sent via first class mail to Barry Wiegand, Office of the United States Attorney, 555 4th Street, N.W., Washington, D.C. 20530 and to Carlos Vanegas, Office of the Federal Public Defender for the District of Columbia, 625 Indiana Avenue, NW, Suite 550, Washington, DC 20004 on this 31st day of October, 2005.

*Michelle Anapol*
Michelle Anapol