UNITED STATES DISTRICT COURT FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA : | |
| : | |
| v. : | Case No.: 05-CR-260(RMC) |
| : | Sentencing: November 4, 2005 |
| RICARDO SELDON, : | Judge Collyer |
| : | |
| Defendant. : | |

## MOTION FOR SUBSTITUTION OF COUNSEL

RICARDO SELDON, by and through undersigned counsel, Billy L. Ponds, of the Ponds Law Firm, respectfully submits this Motion for Substitution of Counsel and requests that this Court enter an Order granting this motion. As grounds for this request, the defendant states as follows:

Counsel was recently retained to represent Mr. Ricardo Seldon in the above-captioned case.

Mr. Seldon desires to have the appearance of his current attorney, Carlos Vanegas, Esquire, withdrawn as counsel of record in this case. Accordingly, it is Mr. Seldon's request that the appearance of Carlos Vanegas, Esquire be withdrawn as counsel of record and substituted by undersigned counsel, Billy L. Ponds, as his attorney in this case.

WHEREFORE, for the above-stated reasons, the defendant respectfully requests that the Court grant the Motion for Substitution of Counsel.

                                  Ricardo Seldon
                                  By Counsel

Respectfully submitted,

**Billy L. Ponds** /MA
Billy L. Ponds
The Ponds Law Firm
Bar No.: 379883
3218 O Street, NW
Suite Two
Washington, D.C. 20007
(202) 333-2922

## CERTIFICATE OF SERVICE

I hereby certify that a true copy of this Motion for Substitution of Counsel was sent via facsimile and first class mail to Barry Wiegand, Office of the United States Attorney, 555 4th Street, N.W., Washington, D.C. 20530 and to Carlos Vanegas, Office of the Federal Public Defender for the District of Columbia, 625 Indiana Avenue, NW, Suite 550, Washington, DC 20004 on this 31st day of October, 2005.

Michelle Anapol
Michelle Anapol