UNITED STATES DISTRICT COURT FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA : | |
| : | Case No.: 05-CR-260(RMC) |
| v. : | Sentencing: November 4, 2005 |
| RICARDO SELDON, : | Judge Collyer |
| : | |
| Defendant. : | |

## ORDER

THIS CAUSE having come before the Court on the Motion for Substitution of Counsel, and that Motion having been considered by the Court, and for good cause shown, it is this _____ day of _____, 2005,

ORDERED, that the Motion for Substitution of Counsel is hereby GRANTED,

AND IT IS FURTHER ORDERED, that the appearance of Billy L. Ponds, Esquire, replaces Carlos Vanegas, Esquire, as counsel of record.

_____
JUDGE

cc:  Billy L. Ponds
     The Ponds Law Firm
     3218 O Street, NW
     Suite Two
     Washington, D.C. 20007

     Barry Wiegand
     Office of the United States Attorney
     555 4th Street, N.W.
     Washington, D.C. 20530

     Carlos Vanegas
     Office of the Federal Public Defender
     For the District of Columbia
     625 Indiana Avenue, NW
     Suite 550
     Washington, DC 20004