UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **UNITED STATES OF AMERICA,** : | |
| : | |
| v. : | Crim. No. 05-0260 (RMC) |
| : | |
| **RICARDO LAMONT SELDON,** : | |
| **Defendant.** : | |

## ORDER

This matter came before the Court on the government's motion to revoke defendant's bail pending sentencing and to issue a commitment.  Upon consideration of that motion, and the entire record herein, it is by the Court this _____ day of November 2005

ORDERED that the motion be, and the same hereby is, GRANTED; and it is further

ORDERED that the Clerk of the Court shall issue a commitment to detain defendant until he can be brought before this Court in this case; and it is further

ORDERED, that defendant shall be held without bail pending sentencing or further order of the Court.

_____
ROSEMARY M. COLLYER
UNITED STATES DISTRICT JUDGE

| | |
|---|---|
| Barry Wiegand | Mr. Carlos Vanegas, Esq., AFPD |
| Assistant U.S. Attorney | Counsel for Defendant Ricardo Lamont Seldon |
| 555 4th Street, N.W., Room 4444 | Office of the Federal Defender |
| Washington, D.C. 20001 | 625 Indiana Avenue, Fifth Floor |
| (202) 514-7315; (202) 514-8707 (fax) | Washington, D.C. 20004 |
| William.B.Wiegand@USDoJ.Gov | Carlos_Vanegas@Fd.Org |
| | (202) 208-7500; (202) 208-7515 (fax) |