SUPERIOR COURT FOR THE DISTRICT OF COLUMBIA
CRIMINAL DIVISION

UNITED STATES
Vs.

Ricardo Lamont Seldon

The event occurred on 10/25/05 at approximately 1926 hours at ▬▬▬▬▬▬▬.

On 10/25/05, members of the 4th District Focus Mission Unit served a D.C. Superior Court issued search warrant at ▬▬▬▬▬▬▬. During the search of the defendant's bedroom, officers recovered a loaded Taurus 9mm handgun(serial number TOB40792) which was loaded with (1)one round of 9mm ammunition in the chamber and an additional (14) rounds of 9mm ammunition in the magazine. The handgun was recovered underneath the defendant's mattress along with a clear plastic containing large white rocks. A portion of the white rock field tested positive for cocaine. The total weight of the clear plastic with large white rocks was 28.4 grams. Also seized from the defendant's bedroom was a surveillance monitor with a camera viewing the front entrance, mail matter, assorted ammunition(.380 caliber and shotgun shells) and $501.00 in U.S. currency.

During the search of the basement at the listed location, officers recovered a Remington 700, .50 caliber Black Powder rifle(unreadable serial number) and a Fred Baker, double barrel, 12 gauge shotgun(unreadable serial number) which were both unloaded. A small box containing 13 white pills with tree emblems was also recovered from a basement window sill. A portion of the white pills field tested positive for amphetamines.

The defendant was identified as Seldon, Ricardo Lamont(PDID#515285). The defendant is known from previous arrests and further identified from court documents and identifications which were recovered from the defendant's bedroom. The grandparents confirmed that the defendant is the only person who sleeps in the listed bedroom.

On 10/26/05, an arrest warrant(USW1097-05) was issued by Judge Duncan-Peters, D.C. Superior Court for the arrest of Seldon, Ricardo Lamont(DOB-▬▬▬▬) for the charge of Carrying a Pistol without a License.

On 10/28/05, the defendant identified himself as Seldon, Ricardo and turned himself in at the Fourth District Station  The defendant was placed under arrest for the listed warrant and then processed.

**The events and acts described above occurred primarily in the District of Columbia and were committed as described by defendant(s) listed in the case caption.**

Subscribed and sworn before me this  29th   Day of  October      2005

Police Officer             Badge  1433       District  4              Deputy Clerk

# METROPOLITAN POLICE DEPARTMENT
## Washington, D. C.

**ARREST/PROSECUTION REPORT**
P.D. 163 Rev. 5/2002     G.O. 401.5

| Field | Value |
|---|---|
| 1. PERSON NOTIFIED OF NAME CHANGE – UNIT – DATE/TIME – NCIC NO. (ID ONLY) | |
| 2. ID NUMBER (ID ONLY) | |
| 3. DEFENDANT'S TRUE NAME – LAST, FIRST, MIDDLE (ID ONLY) | |
| 4. CID NUMBER | |
| 5. UNIT-ARREST NO. | 040504016 |
| 6. DEFENDANT'S NAME – LAST, FIRST, MIDDLE (At time of arrest) | Seldon, Ricardo Lamont |
| 7. DEA LAB NUMBER | |
| 8. Arresting Officer's Name | CRISOSTOMO, R. |
| Rank | Ofc. |
| Badge # | 1433 |
| Agency | MPD |
| 9. TYPE OF RELEASE | ☐ CITATION ☐ BOND ☐ COLLATERAL |
| 10. NICKNAME / ALIAS | "Doe", "King Ding" |
| 11. PHONE NUMBER | 202-528-1043 |
| 12. COURT DATE | |
| 13. ADDRESS | [redacted] |
| 14. TIME IN D.C. | life |
| 15. | ☒ CHILD ABUSE ☐ GANG SPECIAL INTELLIGENCE ☐ HATE ☐ SENIOR CITIZEN ☐ DOMESTIC VIOLENCE |
| 16. SEX | ▸ Male |
| 17. RACE | ▸ Black |
| 18. BIRTHDATE | [redacted] |
| 19. SOCIAL SECURITY NUMBER | [redacted] |
| 20. NEED INTERPRETER | ☐ YES ☐ NO |
| 21. HEIGHT | 5'7 |
| 22. WEIGHT | 160 |
| 23. HAIR | Blk |
| 24. EYES | Bro |
| 25. COMPLEX | Med |
| 26. PERMIT NO/ST | none |
| 27. BIRTHPLACE | Washington DC |
| 28. CO-DEFENDANTS: Number 0 | |
| 29. IMPERSONATOR? | ☒ M ☒ F ☐ NO |
| 30. ETHNICITY | African-American |
| 31. CAUTION | |
| 32. SCARS/MARKS/TATTOOS | right arm "Lee" |
| 33. HAT | N/A |
| 34. JACKET | |
| 35. PANTS | White |
| 36. COAT | N/A |
| 37. SHIRT | Blue |
| 38. SKIRT/DRESS | N/A |

**39. WALES/NCIC CHECK**
- CHECK MADE BY (Name):
- NCIC NUMBER:
- WARRANT ON FILE: Yes ☒ No ☐  USW1097-05

| Field | Value |
|---|---|
| 40. LOCATION OF OFFENSE | [redacted] |
| DATE OF OFFENSE | 10/25/05 |
| TIME OF OFFENSE | 1926 |
| 40. LOCATION OF ARREST | 4th District Station 6001 Georgia Avenue, NW |
| DATE OF ARREST | 10/28/05 |
| TIME OF ARREST | 1630 |
| 42. ASSISTING OFFICER'S NAME | ▸ Lazarus, A., Ofc, 3530, 4D-FMU |
| ASSISTING OFFICER'S NAME | ▸ Hoetzel, C., Ofc., 605, 4D-FMU |

**43. DEFENDANT ADVISED OF RIGHTS**

| DATE | TIME | LOCATION | OFFICER'S NAME – ADVISING / COMPLETING PD FORM 47/47A | BADGE NO. | UNIT |
|---|---|---|---|---|---|
| | | | | | |

**44. COMPLAINANTS / WITNESSES**  MORE ☐  See Back

| | NAME – LAST, FIRST, M.I. | ADDRESS | BIRTHDATE | HOME PHONE NO. | WORK PHONE NO. |
|---|---|---|---|---|---|
| W-1 | ▸ Judge Duncan-Peters | 500 Indiana Avenue, NW | | | |
| W-2 | ▸ | | | | |

| 45. SPEC. OPS | 46. TACTICS | 47. PREMISES | 48. SCHOOL ZONE | PUBLIC HOUSING |
|---|---|---|---|---|
| FMU | 11 – Arrest Warrant | 9 – Goverment Building | ☒ | ☐ |

| CHARGES | NOI OR WARRANT NUMBER | CCN | MPD DISPOS. | COLLA./BOND RECEIPT NO |
|---|---|---|---|---|
| 1. C.P.W.L. | USW1097-05 | 145-672 | Lock up | |
| 2. | | | | |
| 3. | | | | |
| 4. | | | | |
| 5. | | | | |

| 50. PROPERTY RECOVERY / ITEMS OF EVIDENCE | 51. INITALS – DATE – UNIT OF PERSON TAKING PRINT | 53. RIGHT THUMB PRINT |
|---|---|---|
| PROPERTY BOOK/ PAGE NO. 1413/56,57,58 | CSES NO. | |
| | 52. M. O. WEAPONS, HANGOUTS, HABITS, INSTRUMENTS: SELLS DRUGS/CARRIES FIREARMS | |

54. CCB USE ONLY | HEIGHT | WEIGHT | HAIR | EYES | COMPLEX | SCARS/MARKS/TATTOOS

DISTRIBUTION: Page 1 to ID & R ; Page 2 & 3 to Prosecutor; Page 4, Unit Copy; Page 5 Officer's Copy

**COMPLETE ALL REQUIRED FIELDS AND MAKE FIVE COPIES FRONT TO BACK**

| 55. EMPLOYMENT HISTORY *(List present employment if any, on Line 1)* | | | | |
|---|---|---|---|---|
| FROM –DATE –TO | EMPLOYER | ADDRESS | BUS. PHONE | OCCUPATION |
| 1. | UNEMPLOYED | | | |
| 2. | | | | |

| 56. NAMES OF LIVING FAMILY, RELATIVES, FRIENDS AND ASSOCIATES *(Begin with immediate family)* | | | | |
|---|---|---|---|---|
| RELATIONSHIP | DOB/AGE | NAME – LAST, FIRST, M.I. | ADDRESS – STREET, CITY, STATE, ZIP CODE | PHONE NUMBER |
| grandfather | adult | Seldon, William | ▓▓▓▓▓▓▓▓ | 202-528-1043 |
| | | | | |
| | | | | |

| 57. MILITARY SERVICE: BRANCH/DATE FROM – TO | 58. TELEPHONE CALL MADE ☐ YES ☒ NO ☐ REFUSED | 59. PHONE NUMBER |
|---|---|---|

**60. STATEMENT OF FACTS:** *(Give a brief statement in your own words, of the facts surrounding the offense and the arrest. (Use Continuation Form PD 202A for additional space. Note present condition of any injured person(s). Do not give Witnesses' Names or Addresses. Refer to them as W1 or W2, etc as indicated in Item 31.)*

The event occurred on 10/25/05 at approximately 1926 hours at ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓.

On 10/25/05, members of the 4th District Focus Mission Unit served a D.C. Superior Court issued search warrant at ▓▓▓▓▓▓▓▓▓▓▓▓, Northeast. During the search of the defendant's bedroom, officers recovered a loaded Taurus 9mm handgun (serial number TOB40792) which was loaded with (1) one round of 9mm ammunition in the chamber and an additional (14) rounds of 9mm ammunition in the magazine. The handgun was recovered underneath the defendant's mattress along with a clear plastic containing large white rocks. A portion of the white rock field tested positive for cocaine. The total weight of the clear plastic with large white rocks was 28.4 grams. Also seized from the defendant's bedroom was a surveillance monitor with a camera viewing the front entrance, mail matter, assorted ammunition (.380 caliber and shotgun shells) and $501.00 in U.S. currency.

During the search of the basement at the listed location, officers recovered a Remington 700, .50 caliber Black Powder rifle (unreadable serial number) and a Fred Baker, double barrel, 12 gauge shotgun (unreadable serial number) which were both unloaded. A small box containing 13 white pills with tree emblems was also recovered from a basement window sill. A portion of the white pills field tested positive for amphetamines.

The defendant was identified as Seldon, Ricardo Lamont (PDID#515285). The defendant is known from previous arrests and further identified from court documents and identifications which were recovered from the defendant's bedroom. The grandparents confirmed that the defendant is the only person who sleeps in the listed bedroom.

On 10/26/05, an arrest warrant (USW1097-05) was issued by Judge Duncan-Peters, D.C. Superior Court for the arrest of Seldon, Ricardo Lamont (DOB-▓▓▓▓▓▓) for the charge of Carrying a Pistol without a License.

On 10/28/05, the defendant identified himself as Seldon, Ricardo and turned himself in at the Fourth District Station. The defendant was placed under arrest for the listed warrant and then processed.

**61. DEFENDANT'S VERSION / REMARKS:** [What did defendant say about the offense or his/her whereabouts at the time of offense? *(Use PD 118 for defendant's written statement.)*]

| 62. RECORD CLERK'S NAME | | 3. | 5. | 64. PROPERTY BOOK/PAGE NO. PRISONER'S PROPERTY ONLY |
|---|---|---|---|---|
| ARREST RECORD SUMMARY | | | | |
| 1. | 2. | 4. | 6. | |

**65. BAIL REFORM ACT CASES:** Was a statement made by defendant in reference to his/her failure to appear? ☐ Yes ☐ no
*(If yes, include in Defendant's Version/Remarks Section above.)*

| 66. PRINTED NAME – OFFICER MAKING STATEMENT | BADGE NUMBER | RANK | 68. SIGNATURE OF REVIEWING OFFICIAL |
|---|---|---|---|
| Crisostomo, R. | 1433 | OFC. | |
| 67. SIGNATURE OF OFFICER MAKING STATEMENT | UNIT | DATE | UNIT | DATE |
| | 4D-FMU | 10/28/2005 | 4-D | 10/28/05 |

# SUPERIOR COURT OF THE DISTRICT OF COLUMBIA
## SEARCH WARRANT

**TO:** CHIEF OF POLICE : METROPOLITAN POLICE DEPARTMENT OR AUTHORIZED AGENT THEREOF:
(Specific Law Enforcement Officer or Classification of Officer of the Metropolitan Police Department or other Authorized Agency)

Affidavit, herewith attached, having been made before me by **Investigator Kristen Thorne** of the Fourth District Focus Mission Unit that she has probable cause to believe that on the ☐person ■premises ☐vehicle ☐object, known as ~~[redacted]~~ Northeast, Washington, D.C. is described as a red brick two story semi-detached dwelling with a basement. It has burgundy white awnings over the front door and over the upstairs front window. It has a black metal and glass storm/security door in front of a white door. The numerals 714 are white in color and affixed to the front of the premises. A fire hydrant is located in front of the premises in the District of Columbia, there is now being concealed certain property, namely 1) Cocaine, narcotics and narcotics paraphenilia 2) Records/Papers relating to the distribution or possession of narcotics 3) Records/papers realted to the ownership or occupancy of the property 4) Records/papers related to the accumulation or disposition of assests derived from nacotic trafficking and any other electronic device capableof stroing information dealing the sale of illicit narcotics.

which is **in violation Of Title 48 of D.C CODE 904.1(a)** and as I am satisified
(Alleged grounds for seizure)

that there is probable cause to believe that the property so described is being concealed on the above designated ☐person ■premises ☐vehicle ☐object, and that the foregoing grounds for issuance of the warrant exist.

YOU ARE HEREBY AUTHORIZED within 10 days of the date of issuance of this warrant to search ~~in the daytime~~/at any time of the day or night, the designated ☐person ☑premises ☐vehicle ☐object, for the property specified and if the property be found there.

YOU ARE COMMANDED TO SEIZE IT, TO WRITE AND SUBSCRIBE in an inventory of the property seized, to leave a copy of this warrant and return to file, a further copy of this warrant and return with the Court on the next Court day after its execution.

Issued this **17th** day of **Oct.**, 20 **05**

_____
Judge, Superior Court of the District of Columbia

## RETURN

I received the above detailed warrant on **Oct. 17th**, 20 **05** and have executed it as follows:
On **October 25**, 20 **05**, at **7:23** ☐AM ■PM., I searched the
the ☐person ■premises ☐vehicles ☐object, described in the warrant and I left a copy of the warrant and return with ~~[redacted]~~ properly posted.
(Name of person searched or owner, occupant, custodian or person present at place of search)

The following is an inventory of the property taken pursuant to this warrant:
Quantity of cocaine, quantity of Ecstasy (amphetamine), mail matter, identification, 9mm Taurus firearm, ammunition, (2) shotguns, (3) BB guns, electronic devices, & U.S. currency ($501.00).
Clear bag containing white rock substance and yellow case containing multiple white pills. (KT)

This inventory was made in the presence of Lt. Waddy, Ofcs: Hyman, Thorne, Lazarus, Crisostomo, Hoetzel, Craiger, Sharpton, Stewart, Jones, Edelen, Kyle, Johnson, Hutchings.

I swear that this is a true and detailed account of all property taken by me under this warrant.

_____
Kristen Thorne, Executing Officer

Subscribed and sworn to before me this **26th** day of **October**, 20 **05**

_Stephanie Duncan-Peters_
Judge, Superior Court of the District of Columbia

Form CD-1055 / Apr. 00

POZ744A9

**METROPOLITAN POLICE DEPARTMENT**
Washington, D.C.

## AFFIDAVIT IN SUPPORT OF AN APPLICATION FOR

## SEARCH WARRANT



☐ UNITED STATES
DISTRICT COURT

☑ SUPERIOR COURT OF THE
DISTRICT OF COLUMBIA

FOR THE ENTIRE PREMISES KNOWN AS ~~~~~~~~~~~~~~, NORTHEAST, WASHINGTON, D.C. THE PREMISES IS DESCRIBED AS A RED BRICK TWO STORY SEMI-DETACHED DWELLING WITH A BASEMENT. IT HAS BURGUNDY AND WHITE AWNINGS OVER THE FRONT DOOR AND OVER THE UPSTAIRS FRONT WINDOW. IT HAS A BLACK METAL AND GLASS STORM/SECURITY DOOR IN FRONT OF A WHITE DOOR. THE NUMERALS 714 ARE WHITE IN COLOR AND AFFIXED TO THE FRONT OF THE PREMISES. A FIRE HYDRANT IS LOCATED IN FRONT OF THE PREMISES.

1. Your affiant, has been a sworn police officer for over three years. I am currently assigned to the Fourth District Focus Mission Unit of the Metropolitan Police Department to investigate narcotic trafficking violations. During my tenure, your affiant has conducted and assisted with numerous criminal investigations for narcotics. During these investigations, your affiant has handled and field tested numerous types of drugs including, but not limited to, Marijuana, Cocaine, Crack Cocaine, Heroin, LSD, PCP and Ecstasy. I have assisted in several search and seizure warrants where numerous narcotics, firearms, and money were seized. I have worked with outside Law Enforcement Agencies in the investigation and detection of criminal activity and drug trafficking. It is the experience of your affiant that cutting agents and communication devices are used to aide in the distribution of narcotics and that distributors of illegal drugs frequently maintain on their premises and secrete within the curtilage of their premises their narcotics, paraphenilia for packaging, proceeds from narcotic sells, proof of residence and illegal weapons for their protection.

2. In the past seventy two hours, Special Employee 05-0005, herein after referred to as (IT), was contacted by your affiant regarding a citizen complaint about narcotics being sold from within ~~~~~~~~~~, Northeast, Washington, D.C.

3. In the past (IT) has provided information which has been corroborated by MPDC narcotics investigtors, resulting in the arrest of numerous individuals for felony and misdemeanor narcotic offenses. (IT) has provided information about open air drug markets along with the identity of persons trafficking narcotics in those markets. The information resulted in the seizure of crack cocaine, heroin, and firearms. (IT) was debriefed concerning narcotic drug trafficking and (IT) has provided factual information. No information that was provided by (IT) has ever been proven to be false. Your affiant met with Special Employee 05-0005 at a prearranged location where a thorough search was conducted for narcotics and money, with negative results. (IT) was given a sum of pre-recorded MPDC funds and was briefed about making a controlled purchase of narcotics from within ~~~~~~~~~~ Street, Northeast, Washington, D.C. Your affiant, along with Investigator Hyman, observed (IT) walk to ~~~~~~~~~~ Street, Northeast, Washington, D.C., without coming in contact with anyone. (IT) was observed entering the front door of ~~~~~~~~~~ Street, Northeast, Washington, D.C. A short time later (IT) was observed exiting the front door of the location. (IT) returned directly to your affiant without coming into contact with anyone. A loose white rock substance was turned over to your affiant. (IT) was again searched with negative results.

A portion field tested positive color reaction for the presence of cocaine base. Your affiant debriefed (IT) and (IT) stated that (IT) was met by an individual known as Ricardo at the front door of the premises. (IT) then went inside and handed Ricardo the pre-recorded MPD funds. Ricardo handed (IT) a quantity of a white rock substance. The remaining portion was placed on Property book 1413 page 30 at the Fourth District.

4.  Your affiant conducted surveillance at ▓▓▓▓▓▓▓▓▓▓ Northeast, Washington, D.C., during night time hours and observed heavy pedestrian traffic going in and out of the location. Based on the past narcotic investigative experience of your affiant and the cocaine purchase from inside of 714 Oglethorpe Street, Northeast, Washington, D.C. It is believed that secreted within the premises is contraband, namely cocaine, which is in violation of the Uniformed Controlled Substance Act, Title 48, Section904.1(a) of the D.C. Code.

5.  It is therfore respectfully requested that a search warrant be issued for the entire premises including curtilage, to include any containers of ▓▓▓▓▓▓▓▓▓▓, Northeast, Washington, D.C. For the seizure, if any and all narcotics, narcotic paraphenilia, books, money, papers and records evidencing the distribution of narcotics, communication devices, cutting agents, assests derived from the proceeds of narcotic trafficking, proof of ownership or occupancy of premises firearms and ammunition or illegal weapons, which is in violation of the District of Columbia's narcotic law, Title 48 Section 904.1(a) DC Code.

_____  
Affiant

_____  
United States Attorney

4D  
Element

Subscribed and sworn to before me this __17th__ Day of __Oct, '05__

_____  
Magistrate  
United States District Court

_____  
Judge  
Superior Court Of The District Of Columbia

2