## UNITED STATES DISTRICT COURT FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA, : | |
| v. : | Case No.: 05-CR-260(RMC) |
| : | Sentencing: November 4, 2005 |
| RICARDO SELDON, : | Judge Collyer |
| Defendant. : | |

### UNOPPOSED MOTION TO CONTINUE THE DEFENDANT'S SENTENCING

RICARDO SELDON, by and through undersigned counsel, Billy L. Ponds, of The Ponds Law Firm, respectfully submits the Unopposed Motion to Continue the Defendant's Sentencing and requests that this Court enter an Order granting this unopposed request to continue the defendant's sentencing. As grounds for this request, the defendant states as follows:

The defendant has retained undersigned counsel to represent him at sentencing. There are issues contained in the Presentence Investigation Report concerning the defendant's sentencing guideline calculations. The parties did not contemplate these issues at the time Mr. Seldon entered his guilty plea.

Accordingly, counsel respectfully requests that the Court continue the defendant's sentencing for two (2) weeks to provide counsel with the opportunity to research and resolve the above-referenced issues prior to proceeding to sentencing in this case. This request is also made to provide counsel with the opportunity to prepare for the defendant's sentencing. On November 2, 2005, counsel's assistant, Michelle Anapol, spoke with Assistant United States Attorney Barry Wiegand who does not oppose counsel's request to continue the defendant's sentencing.

WHEREFORE, for the reasons stated herein, counsel respectfully requests that the Court grant the Unopposed Motion to Continue the Defendant's Sentencing.

Ricardo Seldon
By Counsel

Respectfully submitted,

*Billy L. Ponds /MA*
Billy L. Ponds
Bar No. 379883
The Ponds Law Firm
3218 O Street, NW
Suite Two
Washington, DC 20007
(202) 333-2922

## CERTIFICATE OF SERVICE

I hereby certify that a true and complete copy of this Unopposed Motion to Continue the Defendant's Sentencing was sent via facsimile and first class mail to Barry Wiegand, Assistant United States Attorney, Office of the United States Attorney, 555 4th Street, NW, Washington, DC 20530 on this 2nd day of November, 2005.

*Michelle Anapol*
Michelle Anapol