UNITED STATES DISTRICT COURT FOR THE DISTRICT OF COLUMBIA

UNITED STATES OF AMERICA,        :
                                                 :
      v.                                         :   Case No.: 05-CR-260(RMC)
                                               :   Sentencing: November 4, 2005
RICARDO SELDON,               :   Judge Collyer
                                             :
              Defendant.       :
=================================

## ORDER

THIS CAUSE having come before the Court on this Unopposed Motion to Continue the Defendant's Sentencing, and that Motion having been considered by the Court, and for good cause shown, and there being no opposition thereto, it is this _____ day of _____, 2005,

ORDERED, that the Unopposed Motion to Continue the Defendant's Sentencing is hereby GRANTED,

AND IT IS FURTHER ORDERED, that the defendant's sentencing is hereby continued to the _____ day of _____, 2005.

                                                                                _____
                                                                                     JUDGE

cc:    Billy L. Ponds
       The Ponds Law Firm
       3218 O Street, NW
       Suite Two
       Washington, DC 20007

       Barry Wiegand
       Assistant United States Attorney
       Office of the United States Attorney
       555 4th Street, NW
       Washington, DC 20530