UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v. ) | Crim. No. 05-0260 (RMC) |
| ) | |
| RICARDO LAMONT SELDON, ) | |
| ) | |
| Defendant ) | |

## ORDER

This matter came before the Court on the government's motion to revoke defendant's bail pending sentencing and to issue a commitment. Upon consideration of that motion, and the entire record herein, it is by the Court this 3rd day of November, 2005

**ORDERED** that the motion be, and the same hereby is, **GRANTED**; and it is further

**ORDERED** that the Clerk of the Court shall issue a commitment to detain defendant until he can be brought before this Court in this case; and it is further

**ORDERED** that defendant shall be held without bail pending sentencing or further order of the Court; and it is further

**ORDERED** that the sentencing date of November 18, 2005, at 10:15 a.m., shall be changed to a Status Conference on defendant's bond status; and it is further

**ORDERED** that defendant's motion for substitution of counsel is **GRANTED**.

_____/s/_____
ROSEMARY M. COLLYER
United States District Judge

Barry Wiegand, Esquire
Assistant U.S. Attorney
555 4th Street, NW, Room 4444
Washington, DC 20001
(202) 514-7315; (202) 514-8707 – fax

Billy L. Ponds, Esquire
The Ponds Law Firm
3218 O Street, NW, Suite Two
Washington, DC 20007
(202) 333-2922; (202) 333-4114 – fax