**UNITED STATES DISTRICT COURT FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| **UNITED STATES OF AMERICA,** : | |
| : | |
| v. : | Case No.: 05-CR-260(RMC) |
| : | Sentencing: No Date Set |
| **RICARDO SELDON,** : | Judge Collyer |
| : | |
| **Defendant.** : | |

==================================

## UNOPPOSED MOTION TO CONTINUE THE DEFENDANT'S SENTENCING

RICARDO SELDON, by and through undersigned counsel, Billy L. Ponds, of The Ponds Law Firm, respectfully submits the Unopposed Motion to Continue the Defendant's Sentencing and requests that this Court enter an Order granting this unopposed request to continue the defendant's sentencing. As grounds for this request, the defendant states as follows:

The defendant was recently arrested and charged with possession with intent to distribute cocaine base in this Court in case number 05-593M-01. On November 29, 2005, the defendant appeared before the Honorable Magistrate Judge Alan Kay and waived his speedy trial rights for a period of forty five (45) days. A status hearing in the above-noted case is scheduled for January 9, 2006.

The parties respectfully request that the Court continue the defendant's sentencing to a date after January 9, 2006, to provide the government and the defense with the opportunity to finalize a disposition in case number 05-593M-01 and to consolidate both of the defendant's cases for sentencing. Assistant United States Attorney Barry Wiegand does not oppose this request for a continuance.

WHEREFORE, for the reasons stated herein, counsel respectfully requests that the Court grant the Unopposed Motion to Continue the Defendant's Sentencing.

Ricardo Seldon
By Counsel

Respectfully submitted,

*Billy L. Ponds/MA*
Billy L. Ponds
Bar No. 379883
The Ponds Law Firm
3218 O Street, NW
Suite Two
Washington, DC 20007
(202) 333-2922

**CERTIFICATE OF SERVICE**

I hereby certify that a true and complete copy of this Unopposed Motion to Continue the Defendant's Sentencing was sent via facsimile and first class mail to Barry Wiegand, Assistant United States Attorney, Office of the United States Attorney, 555 4th Street, NW, Washington, DC 20530 on this 30th day of November, 2005.

*Michelle Anapol*
Michelle Anapol