## UNITED STATES DISTRICT COURT FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **UNITED STATES OF AMERICA,** : | |
| : | |
| v. : | Case No.: 05-CR-260(RMC) |
| : | Sentencing: No Date Set |
| **RICARDO SELDON,** : | Judge Collyer |
| : | |
| **Defendant.** : | |

## ORDER

THIS CAUSE having come before the Court on this Unopposed Motion to Continue the Defendant's Sentencing, and that Motion having been considered by the Court, and for good cause shown, and there being no opposition thereto, it is this _____ day of _____, 2005,

ORDERED, that the Unopposed Motion to Continue the Defendant's Sentencing is hereby GRANTED,

AND IT IS FURTHER ORDERED, that the defendant's sentencing is hereby continued to the _____ day of _____, 2005.

_____
JUDGE

cc:  Billy L. Ponds
     The Ponds Law Firm
     3218 O Street, NW
     Suite Two
     Washington, DC 20007

     Barry Wiegand
     Assistant United States Attorney
     Office of the United States Attorney
     555 4th Street, NW
     Washington, DC 20530