UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | Criminal No. CR 05-0260 (RMC) |
| v. | : | |
| RICARDO SELDON, | : | |
| Defendant. | : | |

## GOVERNMENT'S MOTION TO LATE FILE STATUS REPORT, TIME HAVING EXPIRED

_____The United States, by and through its attorney, the United States Attorney for the District of Columbia, respectfully moves this Court to grant it leave to late file its status report to the Court, time having expired. In support of this motion, the government states the following:

1. The Court directed that the parties file a status report by January 11, 2006 in the instant case.

2. Undersigned government counsel inadvertently failed to file a notice to substitute counsel in this case and, consequently, notices were being sent to a fellow Assistant United States Attorney.

3. Undersigned government counsel received the Court's Order of December 20, 2005 on today's date, hence the filing of this motion and the attached report at this time.

2

WHEREFORE, the government respectfully requests that the Court grant its Motion for Leave to Late File, Time Having Expired.

Respectfully Submitted,

KENNETH L. WAINSTEIN
UNITED STATES ATTORNEY
D.C. Bar Number 451058

By: _____

LYNN C. HOLLIDAY
ASSISTANT U.S. ATTORNEY
D.C. Bar Number 415954
United States Attorney's Office
555 Fourth Street, N.W., Room 4836
Washington, D.C. 20530
Tel. (202) 616-9550
lynn.holliday@usdoj.gov