UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | Criminal No. CR 05-0260 (RMC) |
| v. | : | |
| RICARDO SELDON, | : | |
| Defendant. | : | |

O R D E R

_____Upon consideration of the Government's Motion for Leave to Late File, Time Having Expired, and for good cause shown, it is hereby

ORDERED that the motion is granted.

_____
Rosemary M. Collyer
United States District Court Judge

cc:   AUSA Lynn C. Holliday
      United States Attorney's Office
      555 Fourth Street, N.W., Rm. 4836
      Washington, D.C.  20530
      lynn.holliday@usdoj.gov

      Billy L. Ponds,,Esquire
      3218 O Street, N.W. , Suite 2
      Washington, DC 20007