UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | Criminal No. 05-260(RMC) |
| | : | |
| v. | : | |
| | : | |
| RICARDO SELDON | : | |
| | : | |
| Defendant. | : | |

GOVERNMENT'S STATUS REPORT

The United States, by and through its attorney, the United States Attorney for the District of Columbia, hereby files this status report in the above-referenced case pursuant to the Court's order of December 20, 2005.

1. The defendant pled guilty in the instant case on July 27, 2005. Sentencing was set for November 4, 2005. While pending sentence, the defendant was re-arrested and charged in Case Number 05-0593m on October 25, 2005.

2. On November 30, 2005, defense counsel filed an unopposed motion to continue the sentencing in this case to allow the parties to work out a disposition in Case Number 05-0593m so that the cases could be consolidated for sentencing. The parties are continuing those efforts to negotiate a disposition at this time.

2

3. A status hearing was held in Case Number 05-0593m on January 9, 2006 before Magistrate Judge Robinson. A further status hearing was scheduled for March 9, 2006 before Magistrate Judge Facciola. Defendant remains detained pending the next court hearing.

Respectfully Submitted,

KENNETH L. WAINSTEIN
UNITED STATES ATTORNEY
D.C. Bar Number 451058

By: _____
LYNN C. HOLLIDAY
ASSISTANT U.S. ATTORNEY
D.C. Bar Number 415954
United States Attorney's Office
555 Fourth Street, N.W., Room 4836
Washington, D.C. 20530
Tel. (202) 616-9550
lynn.holliday@usdoj.gov