UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| | : | |
| v | : | Case No.1:05CR260(RMC) |
| | : | |
| RICARDO L. SELDON | : | Sentencing Date: June 16th 2006 |

CONSENT MOTION CONVERT SENTENCING HEARING TO STATUS HEARING

      Defendant, Ricardo L. Seldon, by and through undersigned counsel hereby requests that the sentencing date presently scheduled on June 16th, 2006 in the above captioned matter be converted to a status hearing if this Honorable Court deem appropriate. Otherwise the defendant requests this matter be continued to July 14th 2006. The grounds for this motions are as follows:

      1. The defendant and the undersigned counsel have been diligently preparing for the sentencing.

      2. Mr. Ricardo Seldon has another pending matter 1:05-mj-593 in this court which has yet to be indicted for numerous reasons. Undersigned counsel and the Assistant United States Attorney assigned to the new case has been trying to resolved both matter and very hopeful that it will be resolved very shortly.

      3. Mr. Seldon has been apprised of this latest development in his case and he stated that he has no objection to continue his matter. Catherine Connelly, Assistant United States Attorney who is assigned to this matter as well as the new matter stated that she consented to this motion.

      4. Granting the defense motion will not prejudice the government.

      5. Undersigned counsel has notified government counsel with regard to filing of this motion and he has consented.

      WHEREFORE, the undersigned counsel requests that this motion be granted.

      Respectfully Submitted,
      Ricardo L. Seldon

_____
By: Harry Tun
    Counsel for Defendant
    400 5th Street, N.W.
    Suite 300
    Washington, D.C. 20001
    (202) 393-2882

CERTIFICATE OF SERVICE

    I hereby certify that on this _____ day of _____, 2006, a copy of the foregoing Motion was sent, postage prepaid to the United States Assistant Attorney at 555 4th Street, N.W. Washington, D.C. 20001

_____

Harry Tun, Esquire