UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| | : | |
| v | : | Case No.1:05CR260(RMC) |
| | : | |
| RICARDO L. SELDON | : | Sentencing Date: June 16th  2006 |

**<u>ORDER</u>**

      Upon consideration of the Consent Motion For Continuance and having good cause being shown,

THIS COURT on    Day of    June, 2006

ORDERED that
      the motion is granted and that the sentencing in this matter shall be continue to   , August 2006.

 

                                                                                                                  _____
                                                                                                                  Rosemary M. Collyer
                                                                                                                   United States District Judge

copies to:

Harry Tun, Esq.
400 5th Street, N.W.
Suite 300
Washington, D.C. 20001

C Connelley.
Assistant U.S. Attorney
United States Attorney's Office
 555 Fourth Street, NW,
Washington, DC 20001.