UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| | : | |
| v | : | Case No.05-260(RMC) |
| | : | |
| RICARDO SELDON | : | Sentencing Date July 14th 2006 |

<u>CONSENT MOTION FOR CONTINUANCE</u>

    Defendant, Ricardo Seldon , by and through undersigned counsel hereby request that the sentencing date presently scheduled on July 14th , 2005 in the above captioned matter be continued toAugust 2nd 2006. The grounds for this motions are as follows:

    1. The defendant and undersigned counsel have been preparing diligently preparing for the sentencing.

    2. On July 12th 2006, undersigned counsel received a phone call from Assistant United States Attorney, Gary Wheeler asking undersigned counsel for additional information. Undersigned counsel need time to gather the additional information requested by the AUSA Wheeler.

    3. Mr. Seldonas been apprised of this latest development in his case and he stated that she has no objection to continue this matter until August 2nd 2006.

    4. Granting the defense motion will not prejudice the government case.

    5. Undersigned counsel has notified the government counsel with regard to filing of this motion and she consented this Motion for continuance.

    WHEREFORE, the defendant request that his motion be granted. Accordingly, defendant request that his sentencing date be continue to August 2nd 2006.

Respectfully Submitted,
Adrienne Jameson

_____
By: Harry Tun
    Counsel for Defendant
    400 5th Street, N.W.
    Suite 300
    Washington, D.C. 20001
    (202) 393-2882

CERTIFICATE OF SERVICE

     I hereby certify that on this _____ day of _____, 2004, a copy of the foregoing Motion was sent, postage prepaid to the United States Assistant Attorney at 555 Fourth Street, NW, Washington, DC 20001.

_____

Harry Tun, Esquire
601 Indiana Avenue
Suite 812
Washington, DC 20004
(202) 393-2882