UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| | : | |
| v | : | Case No.05-260(RMC) |
| | : | |
| RICARDO SELDON | : | Sentencing Date July 14th 2006 |

**<u>ORDER</u>**

      Upon consideration of the Consent Motion For Continuance and having good cause shown,
THIS COURT on     Day of July,2004

ORDERED that
      the motion is granted and that the sentencing in this matter shall be continue to August $^{th}$, 2006.

_____
Rosemary M. Collyer
United States District Judge

copies to:

Harry Tun, Esq.
400 5th Street, N.W.
Suite 300
Washington, D.C. 20001

Catherine Connelly
Assistant U.S. Attorney
United States Attorney's Office
 555 Fourth Street, NW,
Washington, DC 20001.