## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | |
| | : | **Case No.05-260(RMC)** |
| **v.** | : | **Sentencing Date 8/2/06** |
| | : | |
| **RICARDO SELDON** | : | |

## CONSENT MOTION FOR CONTINUANCE

Defendant, Ricardo Seldon , by and through undersigned counsel hereby request that the sentencing date presently scheduled on August 2nd, 2006 in the above captioned matter be continued to August 15th 2006. The grounds for this motion are as follows:

1.      The defendant and undersigned counsel have been preparing diligently preparing for the sentencing.

2.      Undersigned Counsel just learned that Billy L. Ponds who is the lead counsel will be out of this jurisdiction in the personal matters and undersigned counsel will also be out of this jurisdiction in other matters.

3.      Mr. Seldon has been apprised of this latest development in his case and he stated that she has no objection to continue this matter until August 15th, 2006.

4.      Granting the defense motion will not prejudice the government case.

5.      Undersigned counsel has notified the government counsel with regard to filing of this motion and she consented this Motion for continuance.

WHEREFORE, the defendant request that his motion be granted. Accordingly, defendant request that his sentencing date be continue to August 15th 2006.

Respectfully Submitted
Ricardo Seldon
_____/S/_____
By: Harry Tun
Counsel for Defendant
400 5th Street, N.W.
Suite 300
Washington, D.C. 20001
 (202) 393-2882

CERTIFICATE OF SERVICE

I hereby certify that on this 27th day of August, 2006, a copy of the foregoing Motion was sent, postage prepaid to the Assistant United States Attorney, Katherine Connelly at 555 4th Street, N.W. Washington D. C. 20001

_____/s/_____