UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **UNITED STATES OF AMERICA** : | |
| : | Case No.05-260(RMC) |
| v. : | Sentencing Date 8/2/06 |
| : | |
| **RICARDO SELDON** : | |

    Upon consideration of the Joint Motion to Continue the Sentencing and the entire record in this matter, it is this _____ day of _____, 2009, hereby
    ORDERED that the Motion is granted and the sentencing hearing currently scheduled for August 2nd, 2006, be continued to August 15th 2006 at 2:00 p.m.

_____
THE HONORABLE ROSEMARY M. COLLYER

UNITED STATES DISTRICT JUDGE

Copies to:

Katherine Connelly
U.S. Attorney's Office
555 4th Street, N.W.
Room 4124
Washington, D.C.  20001

Harry Tun
Suite 300
400 5th Street, N.W.
Washington, D.C.  20001