UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| | : | |
| v | : | Case No.05-260(RMC) |
| | : | |
| RICARDO SELDON | : | Sentencing Date August 15th, 2006 |

## CONSENT MOTION FOR CONTINUANCE

Defendant, Ricardo Seldon, by and through undersigned counsel hereby request that the sentencing date presently scheduled on August 2nd, 2006 in the above captioned matter be continued to September 12th 2006. The grounds for this motions are as follows:

1.    The defendant and undersigned counsel have been preparing diligently preparing for the sentencing.

2.    Undersigned Counsel just learned that Billy L. Ponds who is the lead counsel is not feeling well and will need to rest August 15th 2006.

3.    Mr. Seldon has been apprised of this latest development in his case and he stated that she has no objection to continue this matter until September 12th, 2006.

4.    Granting the defense motion will not prejudice the government case.

5.    Undersigned counsel has notified the government counsel with regard to filing of this motion and she consented this Motion for continuance.

WHEREFORE, the defendant request that his motion be granted. Accordingly, defendant request that his sentencing date be continue to August 15th 2006.

Respectfully Submitted
Ricardo Seldon
     /s/
By: Harry Tun
Counsel for Defendant
400 5th Street, N.W.
Suite 300
Washington, D.C. 20001
 (202) 393-2882

CERTIFICATE OF SERVICE

I hereby certify that on this 14th day of August, 2006, a copy of the foregoing Motion was sent, postage prepaid to the United States Assistant Attorney at 555 Fourth Street, NW, Washington, DC 20001.

_____/s/_____