## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | |
| | : | **Case No.05-260(RMC)** |
| v. | : | **Sentencing Date 8/2/06** |
| | : | |
| **RICARDO SELDON** | : | |

    Upon consideration of the Joint Motion to Continue the Sentencing and the entire record in this matter, it is this _____ day of _____, 2009, hereby
    ORDERED that the Motion is granted and the sentencing hearing currently scheduled for August 15nd, 2006, be continued to September 12th 2006 at 2:30 p.m.

                                      _____
                                      THE HONORABLE ROSEMARY M. COLLYER
                                      UNITED STATES DISTRICT JUDGE

Copies to:

Katherine Connelly
U.S. Attorney's Office
555 4th Street, N.W.
Room 4124
Washington, D.C.  20001

Harry Tun
Suite 300
400 5th Street, N.W.
Washington, D.C.  20001