UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| | : | |
| v | : | Case No.05-260(RMC) |
| | : | |
| RICARDO SELDON | : | Sentencing Date September 15th 2006 |

**NOTICE OF FILING**

    Defendant, Ricardo Seldon, by and through undersigned counsel states that he has discussed with his counsel the reasons for continuing his last sentencing date and that he further states that he is fully satisfied with the representation of his counsel.

                                                                                                    /s/

                                                                Harry Tun, Esq.

                                                                400 5th Street, N.W.

                                                                Suite 300

                                                                Washington, D.C. 20001

                                                                Phone # (202) 393 2882

**CERTIFICATE OF SERVICE**

    I, hereby certify that on the____ day of September 2006, a copy of the foregoing Unopposed Motion to Continue, was sent, postage prepaid

Catherine Connelly

Assistant U.S. Attorney

United States Attorney's Office

 555 Fourth Street, NW,

Washington, DC 20001.

                                                                                /s/